IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT LEE, | No. C06-07841 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| ALAMEDA COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

The Court has received no opposition or statement of non-opposition from Plaintiff to Defendant's Motion for Judgment on the Pleadings, which is scheduled for hearing on October 30, 2007. Under the Civil Local Rules, the opposition was due three weeks before the hearing date. This hearing is hereby **VACATED**.

Plaintiff is hereby **ORDERED** to show good cause in writing, by October 30, 2007, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases.

//

//

//

1   Plaintiff is **ORDERED** to file an opposition or statement of non-opposition concurrently
2 with the response to this order to show good cause.  Defendant may file a reply one week after
3 Plaintiff's opposition is filed.  Failure to respond to this order shall result in the imposition of
4 sanctions, which may include granting the motion.

9 **IT IS SO ORDERED.**

12 Dated: October 15, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE