J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
CATHERINE E. WHEELER (SBN 244857)
cwheeler@andradalaw.com
**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorneys for Defendants
COUNTY OF ALAMEDA (sued herein as ALAMEDA COUNTY SHERIFF'S DEPARTMENT), CAPTAIN SCHELLENBERG, and DEPUTY SCHELLENBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELBERT LEE,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT, CAPTAIN SCHELLENBERG, and DEPUTY SCHELLENBERG,<br><br>    Defendants. | Case No.: CV-06-07841 MJJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br>AND ORDER<br><br>Action Filed: December 22, 2006<br>Trial: June 9, 2008 |

    Defendants COUNTY OF ALAMEDA (sued herein as ALAMEDA COUNTY SHERIFF'S DEPARTMENT), CAPTAIN GARY SCHELLENBERG, and DEPUTY TIM SCHELLENBERG, by and through their counsel, CATHERINE E. WHEELER of Andrada & Associates, PC, and plaintiff, DELBERT LEE, in pro per, submit the following Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

    IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

//

1

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

1     IT IS FURTHER STIPULATED that each party shall bear its own costs.

2

3   Date: January 15, 2008

                                            DELBERT LEE

4                                               Plaintiff in Pro Per

6   Date: January 15, 2008

7                                           CATHERINE E. WHEELER
                                          Attorney for Defendants

8                                               COUNTY OF ALAMEDA, CAPTAIN GARY SCHELLENBERG, and DEPUTY TIM SCHELLENBERG

11   THIS STIPULATION OF DISMISSAL IS HEREBY NOTARIZED:

12   STATE OF CALIFORNIA        )

13                                     )

14   COUNTY OF Alameda        )

15       On January 15, 2008, before me, Lilian M. Roberts, notary

16   public of the State of California, personally appeared Delbert Lee and

17   Catherine E. Wheeler, who proved to me on the basis of satisfactory evidence

18   to be the persons whose names are subscribed to the within instrument and acknowledged

19   to me that they executed the same in their authorized capacity, and that by their signature

20   on the instrument the persons, or the entities upon behalf of which the persons acted,

21   executed this instrument.

22       I certify under penalty of perjury under the laws of the State of California that the

23   foregoing paragraph is true and correct.

24       WITNESS my hand and official seal.                        2/21/2008

26   (SEAL)

27           LILIAN M. ROBERTS
              COMM. #1580584

28           NOTARY PUBLIC-CALIFORNIA
              COUNTY OF ALAMEDA
              My Comm. Exp. May 20, 2009

*Stamp: IT IS SO ORDERED / Judge Martin J. Jenkins / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

                                              NOTARY PUBLIC

2